United States District Court
Southern District of Texas
**ENTERED**
January 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABRAHAM AJCAC GUACHIAC, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | CASE NO. 4:26-cv-00383 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

The Federal Respondents' filed a motion for an extension of time to respond to the Petition for Writ of Habeas Corpus. (Docket Entry No. 4). The Petitioner is unopposed. The motion is granted.

It is ORDERED that Respondents have until February 2, 2026, to file an answer or other response to the Petition.

SIGNED on this <u>23rd</u> day of January, 2026.

_____
Lee H. Rosenthal
Senior United States District Judge