UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ABRAHAM AJCAC GUACHIAC, § | |
| § | |
| Petitioner, § | |
| § | |
| vs. § | CIVIL ACTION NO. H-26-383 |
| § | |
| PAM BONDI, in her capacity as U.S. Attorney § | |
| General, *et al.*, § | |
| § | |
| Respondents. § | |

**ORDER**

The petitioner, Abraham Ajcac Guachiac, a citizen of Guatemala, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials at the Montgomery Processing Center. (Docket Entry No. 1). The respondents have informed the court that they plan to remove Ajcac Guachiac to Mexico imminently. (Docket Entry No. 7). The respondents cannot remove Ajac Guachiac to Guatemala because an immigration judge found a clear probability of future persecution and torture in Guatemala based on his sexual orientation. (Docket Entry No. 10 at 2). Ajcac Guachiac has moved for a temporary restraining order barring his removal to Mexico until he is afforded due process. (*See id.*). Ajcac Guachiac's eligibility for withholding of removal or protection under the Convention Against Torture (CAT) regarding Mexico have not yet been adjudicated. (*Id.* at 2). His motion requests that the court temporarily restrain the respondents from removing him to Mexico until his withholding of removal and CAT claims have been adjudicated by an immigration judge. (*See* Docket Entry No. 10-1).

Ajcac Guachiac's motion appears to be moot. The respondents represent that they have "paused Petitioner's removal when he claimed fear of removal to Mexico." (Docket Entry No. 11

at 1). The respondents represent that they have "since properly complied with the reasonable fear interview process and continue[] to allow Petitioner to fully pursue that process." (*Id.*). As a result, the motion for a temporary restraining order, (Docket Entry No. 10), is denied as moot. The respondents must file on the docket an update on the reasonable fear interview process, including immigration-judge review of the reasonable-fear determination, by February 25, 2026, and every 14 days thereafter.

SIGNED on February 11, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge