United States District Court
Southern District of Texas
**ENTERED**
March 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABRAHAM AJCAC GUACHIAC, | § § § | |
| Petitioner, | § § | |
| vs. | § § | CIVIL ACTION NO. H-26-383 |
| PAM BONDI, in her capacity as U.S. Attorney General, *et al.*, | § § § § | |
| Respondents. | § | |

## ORDER

The petitioner must respond to the respondents' motion for reconsideration and for a stay pending appeal, (Docket Entry No. 29), by 5:00 p.m. CT on March 5, 2026.

SIGNED on March 4, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge