United States District Court
Southern District of Texas
**ENTERED**
March 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| ABRAHAM AJCAC GUACHIAC, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-26-383 |
| | § | |
| PAM BONDI, in her capacity as U.S. Attorney | § | |
| General, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Abraham Ajcac Guachiac has moved for leave to supplement his petition for a writ of habeas corpus, (Docket Entry No. 40), and for a preliminary injunction, (Docket Entry No. 41). Guachiac moved for a preliminary injunction because the March 3, 2026, Temporary Restraining Order expired on March 16, 2026. (Docket Entry No. 26). The respondents oppose these motions and have not yet responded to them.

The court treats the motion for a preliminary injunction in part as a motion to extend the TRO until it can rule on the motion for a preliminary injunction. The court entered the TRO on February 27, 2026. (Docket Entry No. 16). Under Rule 65(b)(2), a temporary restraining order cannot extend past 14 days unless the court finds good cause to extend it for another 14 days. Because the petitioner is entitled to a temporary restraining order, for the reasons set out in several opinions, (Docket Entry Nos. 16, 26, 33), and the facts and the law underlying the court's rulings have not changed, there is good cause for extending the TRO. In addition, there is good cause to extend the TRO because an extension functions as an administrative stay, which "buys the court time to deliberate" the motion for a preliminary injunction. *United States v. Texas*, 144 S. Ct. 797, 798 (2024) (Barrett, J., concurring in denial of applications to vacate stay); *see, e.g.*, *Gallusz v.*

*LLP Mortg., Inc.*, No. 25-CV-885 JLS (BLM), 2025 WL 1360771, at *2 (S.D. Cal. Apr. 15, 2025);

*Nat'l Council of Nonprofits v. Off. of Mgmt. & Budget*, 763 F. Supp. 3d 13, 17 (D.D.C. 2025);

*Zheng v. Bondi*, No. 25-CV-15920 (MEF), 2025 WL 2808542, at *1 (D.N.J. Sept. 26, 2025); *Texas*

*v. United States Dep't of Homeland Sec.*, No. 6:24-CV-00306, 2024 WL 5454617, at *2–3 (E.D.

Tex. Aug. 26, 2024).

The March 3, 2026, TRO, (Docket Entry No. 26), is extended to March 27, 2026.  The

respondents must respond to the petitioner's motions by March 24, 2026.  The petitioner may reply

by March 26, 2026.  The respondents may move for an extension on the time to respond to the

petitioner's motions if they "consent[]" to extending the TRO for a like period.  FED. R. CIV. P.

65(b)(2).

SIGNED on March 20, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

2