United States District Court
Southern District of Texas
**ENTERED**
May 18, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ABRAHAM AJAC GUACHIAC, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-383 |
| vs. | § | |
| | § | |
| WARDEN, Montgomery Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The respondents have filed a motion for extension of time to file a brief, requesting an extension until May 20, 2026. (Docket Entry No. 70). The Certificate of Conference indicates that the petitioner opposes the motion for an extension of time. (*Id.* at 2). If the petitioner opposes the respondents' request for an extension of time to file the brief, the petitioner is **instructed** to file a brief statement of opposition **by noon on May 19, 2026**.

SIGNED on May 18, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge