United States District Court
Southern District of Texas
**ENTERED**
May 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ABRAHAM AJCAC GUACHIAC, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-26-383 |
| | § | |
| PAM BONDI, in her capacity as U.S. Attorney | § | |
| General, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

By May 27, 2026, the respondents must file on the docket an update on the likelihood of the petitioner's removal, including an update on whether the proposed third countries have accepted him. The petitioner may file a response of no more than three pages by May 28.

SIGNED on May 22, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge