United States District Court
Southern District of Texas
**ENTERED**
June 10, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ABRAHAM AJAC GUACHIAC, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-383 |
| vs. | § | |
| | § | |
| WARDEN, Montgomery Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

In its Order of May 29, 2026, the court granted in part the petitioner's habeas petition. (Docket Entry No. 80). The parties have since filed status reports. (Docket Entry No. 81; Docket Entry No. 82). It is **ordered** that a status hearing will take place via Zoom on **June 16, 2026, at 1:30 p.m. CDT**.[1]

SIGNED on June 10, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

---

[1] The link for hearings held via Zoom can be found on the court's public website at https://www.txs.uscourts.gov/page/united-states-district-judge-lee-h-rosenthal-senior.