United States District Court
Southern District of Texas
**ENTERED**
June 15, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ABRAHAM AJCAC GUACHIAC, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-383 |
| vs. | § | |
| | § | |
| WARDEN, Montgomery Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The petitioner, Abraham Ajcac Guachiac, has filed an Unopposed Motion for Leave to Supplement Petition for Writ of Habeas Corpus (Docket Entry No. 84) along with the proposed Second Supplemental Petition for Writ of Habeas Corpus (Docket Entry No. 84-1). The motion (Docket Entry No. 84) is **granted**. The Clerk is **instructed** to docket the Second Supplemental Petition for Writ of Habeas (Docket Entry No. 84-1) as the next entry on the docket sheet.

The government is **ordered** to file an answer to the Second Supplemental Petition for Writ of Habeas Corpus by **June 18, 2026**. It appears that the government never filed an answer to the First Supplemental Petition for Writ of Habeas Corpus (*see* Docket Entry No. 62); the government is **ordered** to also answer the First Supplemental Petition for Writ of Habeas Corpus by June 18.

The status hearing currently scheduled to take place via Zoom on June 16, 2026, at 1:30 p.m. CDT is **continued** to **Monday, June 22, 2026, at 10:00 a.m. CDT** via Zoom.[1]

SIGNED on June 15, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

---

[1] The link for hearings held via Zoom can be found on the court's public website at https://www.txs.uscourts.gov/page/united-states-district-judge-lee-h-rosenthal-senior.