United States District Court
Southern District of Texas
**ENTERED**
July 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ABRAHAM AJCAC GUACHIAC, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-26-383 |
| | § | |
| TODD BLANCHE, in her capacity as Acting | § | |
| U.S. Attorney General, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**FINAL JUDGMENT**

In an Order entered on June 22, 2026, the court granted in part the petition for a writ of habeas corpus filed by Abraham Ajcac Guachiac.  (Docket Entry No. 89).  The court determines that Final Judgment should now be entered in this matter and renders this Final Judgment under Rule 58 of the Federal Rules of Civil Procedure.

SIGNED on July 7, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge